NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN JAYSON, JENNIFER M. )
DUNSBY and JEFFREY JAYSON, )
)
Appellants, )
)
v. ) Case No. 2D17-3420
)
U.S. ENERGY DEVELOPMENT )
CORPORATION; MANUFACTURERS & )
TRADERS TRUST COMPANY; )
JORDAN M. JAYSON and MATTHEW P. )
IAK, as co-personal representatives of the )
Estate of Judith P. Jayson, deceased, )
)
Appellees. )
_____ )

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Williams, Judge.

Richard L. Pearse, Jr., of Richard L. Pearse,
Jr., P.A., Clearwater, for Appellants.

M. Lewis Hall, III, of Williams Parker
Harrison Dietz & Getzen, Sarasota; and
David A. Wallace of Bentley & Bruning,
P.A., Sarasota, for Appellee U.S. Energy
Development Corporation.

Rachael S. Loukonen and Susan Nesbet-
Sikuta of Cohen & Grigsby, P.C., Naples,
for Appellee Manufacturers & Traders Trust
Company.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.